United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lisa Alexander, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 22-20377-Civ-Scola |
| | ) |
| Pro Sound Gear Inc., Defendant. | ) |

### Order of Dismissal

The parties have dismissed this case without prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 16.) The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

**Done and ordered** in Miami, Florida, on April 27, 2022.

_____
Robert N. Scola, Jr.
United States District Judge